UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICERS B. WILEY and T. STEWART,<br><br>Defendants. | Case No. 17-cv-02160 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state inmate at Corcoran State Prison located in Corcoran, California, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prisoner officials at California State Prison located in Represa, California. Both Corcoran and Represa are located in the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California, and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. In view of the transfer, the Court will not rule upon Plaintiff's motions. Dkt. Nos. 2, 3. The Clerk of the Court is directed to transfer the case forthwith.

Case No. 17-cv-02160 NC (PR)
ORDER OF TRANSFER

**IT IS SO ORDERED.**

DATED: April 25, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-02160 NC (PR)
ORDER OF TRANSFER