UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER, | No. 2:17-cv-0902 AC P |
| Plaintiff, | |
| v. | ORDER |
| B. WILEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed March 29, 2018, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. ECF No. 13. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order. Plaintiff shall have one more opportunity to submit the documents necessary for service. Failure to submit the required paperwork will result in a recommendation that this action be dismissed for failure to prosecute.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of service of this order, plaintiff shall return the paperwork necessary for service of the defendants as directed in the March 29, 2018 order.

////

////

1

2. Failure to submit the required paperwork will result in a recommendation that this action be dismissed for failure to prosecute.

DATED: May 14, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE