UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER,<br><br>        Plaintiff,<br><br>   v.<br><br>B. WILEY, et al.,<br><br>        Defendants. | No. 2:17-cv-0902 AC P<br><br><u>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT</u> |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 21, 2018, the court found that the appointment of counsel for the limited purpose of representing plaintiff at a settlement conference is warranted. ECF No. 24. Lori E. Rifkin has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

    Within thirty days of this order, parties shall notify the court whether they waive disqualification for the undersigned to hold the settlement conference or whether they request a different judge. Plaintiff's counsel shall also indicate the preference for plaintiff to appear in person or by videoconference, if available. Failure to timely file such notice will result in the case being set for settlement conference before a different judge.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Lori E. Rifkin is appointed as limited purpose counsel in the above entitled matter.

1

This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.

2. Lori E. Rifkin's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

4. Within thirty days from this order, parties shall file the attached notice, informing the court whether they waive disqualification for the undersigned to hold the settlement conference or whether they choose to have the settlement conference held by a different judge.

5. The Clerk of the Court is directed to serve a copy of this order upon Lori E. Rifkin, Hadsell Stromer & Renick LLP, 4300 Horton St., Unit 15, Emeryville, CA 94608.

DATED: August 28, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER,<br><br>        Plaintiff,<br><br>   v.<br><br>B. WILEY, et al.,<br><br>        Defendants. | No. 2:17-cv-0902 AC P<br><br><u>NOTICE RE: JUDGE ELECTION FOR SETTLEMENT CONFERENCE</u> |

1. As required by court order, the parties notify the court of the following election:

    \_\_\_\_ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

        **OR**

    \_\_\_\_ The party signing below requests that a different judge hold the settlement conference.

    **AND**

2. Plaintiff indicates his preference by checking one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

    **OR**

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference.

    DATED:

                                        _____
                                        Counsel for Plaintiff/Defendants (circle one)