UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD TERFLINGER,**<br><br>              Plaintiff,<br><br>vs.<br><br>**B. WILEY, et al.,**<br><br>              Defendants. | Case No. 2:17-cv-00902 AC P<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR <u>SAME-DAY TRANSPORT</u> OF RICHARD TERFLINGER, CDCR # B18173**<br><br>DATE:    January 8, 2019<br>TIME:    9:30 a.m.<br>CRTRM: 24 |

      **Richard Terflinger, CDCR # B18173**, Plaintiff in proceedings in this case on **January 8, 2019**, is confined at California Health Care Facility, Stockton, 7707 Austin Road, Stockton, California 95215, in the custody of the Warden. In order to secure Mr. Terflinger's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce him before the **Honorable Magistrate Judge Carolyn K. Delaney, United States District Court, Eastern District of California, 501 I Street, Courtroom 24, 8th floor, Sacramento, CA 95814 on January 8, 2019, at 9:30 a.m**.

      **ACCORDINGLY, IT IS HEREBY ORDERED** that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce Mr. Terflinger in the United States District Court at the time and place noted above;

      2.  Given Mr. Terflinger's medical condition, this Court directs the Warden to produce Mr. Terflinger via a **same-day transport**; and

      3.  The custodian is ordered to notify the Court of any change in custody of Mr. Terflinger, and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Michael Martel, Warden of the California Health Care Facility, Stockton**, 7707 Austin Road, Stockton, California 95215.

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place noted above, as ordered by the Court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

      **IT IS SO ORDERED.**

**DATED:** December 13, 2018

                                                      */s/ Allison Claire*<br>
                                                      ALLISON CLAIRE<br>
                                                      UNITED STATES MAGISTRATE JUDGE