UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER,<br><br>        Plaintiff,<br><br>   v.<br><br>B. WILEY, et al.,<br><br>        Defendants. | No. 2:17-cv-0902 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a notice regarding plaintiff's competency to prosecute this case. ECF No. 41. Based upon the information submitted, the court finds that appointment of counsel, as well as the possible appointment of a guardian ad litem under Federal Rule of Civil Procedure 17(c)(2), is warranted. Accordingly, the case will be temporarily stayed to allow the court to locate counsel and investigate the necessity of a guardian ad litem to represent plaintiff. In order to assist the court in this process, counsel for defendants will be directed to provide the names, addresses, and contact information for plaintiff's next of kin.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel will be appointed to represent plaintiff in this matter. The Clerk of the Court is directed to contact Sujean Park, Alternative Dispute Resolution Coordinator, for the purpose of locating an attorney admitted to practice in this court who is willing to accept this appointment.

2. Within fourteen days from the date of this order, counsel for defendants shall contact Sujean Park, Alternative Dispute Resolution Coordinator, to provide the names, addresses, and contact information for plaintiff's next of kin.

3. All deadlines in the June 19, 2019 discovery and scheduling order (ECF No. 40) are vacated.

4. This action is stayed for sixty days to allow the court to locate counsel to represent plaintiff and to investigate the necessity of appointing a guardian ad litem.

DATED: September 26, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE