UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER, | No. 2:17-cv-0902 AC P |
| Plaintiff, | |
| v. | ORDER |
| B. WILEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 26, 2019, the undersigned found that appointment of counsel was warranted, and temporarily stayed the case in order to locate counsel and investigate the necessity of a guardian ad litem to represent plaintiff. ECF No. 42. Counsel and a potential candidate to act as plaintiff's guardian ad litem have now been located, and counsel will be appointed for the limited purpose of representing plaintiff in any proceedings related to the appointment of a guardian ad litem and assisting plaintiff, or his guardian ad litem, with preparing for and participating in a settlement conference. The temporary stay will remain in place and be extended through completion of a status conference related to the appointment of a guardian ad litem. In order to assist the court in determining whether appointment of a guardian ad litem is appropriate, counsel for defendants will be required to provide a complete copy of plaintiff's deposition transcript and to obtain a copy of plaintiff's mental health records from the California

1

Department of Corrections and Rehabilitation and provide those records under seal. See 45 C.F.R. § 164.512(a), (e) (permitting a covered entity to disclose protected health information without an authorization in the course of a judicial proceeding in response to a court order).

Accordingly, IT IS HEREBY ORDERED that:

1. Lori E. Rifkin is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of representing plaintiff in any proceedings related to the appointment of a guardian ad litem and assisting plaintiff, or his guardian ad litem, with preparing for and participating in a settlement conference.

2. Appointed counsel shall contact Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, to obtain contact information for plaintiff's potential guardian ad litem and may contact Ms. Park further if she has any questions related to the appointment.

3. Within sixty days of the date of this order, appointed counsel shall contact the potential guardian ad litem and meet with him in person or by telephone. Within seven days of the meeting, counsel shall notify the court whether the potential guardian ad litem is both willing and able to take on that role and provide possible dates for a status conference related to the appointment of a guardian ad litem.

4. The temporary stay is extended through the completion of a status conference regarding the appointment of a guardian ad litem.

5. Within thirty days of this order, defendants shall file a complete copy of plaintiff's deposition transcript.

6. Within thirty days of this order, counsel for defendants shall obtain a copy of plaintiff's prison mental health records, beginning with the August 14, 2015 Psychodiagnostic Assessment and Consultation Report previously provided by plaintiff (ECF No. 20 at 6-21), and file those records under seal. See 45 C.F.R. § 164.512(a), (e).

////
////
////
////

7. The Clerk of the Court is directed to serve a copy of this order upon Lori E. Rifkin, Rifkin Law Office, 2855 Telegraph Ave., Suite 517, Berkley, CA 94705.

DATED: October 16, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE