IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD TERFLINGER,**<br><br>Plaintiff,<br><br>v.<br><br>**B. WILEY, et al.,**<br><br>Defendants. | 2:17-cv-00902-AC<br><br>[PROPOSED] ORDER<br><br>Judge: The Hon. Allison Claire<br>Trial Date: None set<br>Action Filed: April 28, 2017 |

Good cause appearing, Defendants' request to seal (1) Plaintiff's prison mental health records, beginning with the August 14, 2015 Psychodiagnostic Assessment and Consultation Report, previously provided by Plaintiff at ECF No. 20 at 6-21 (Exhibit A), and (2) Plaintiff's deposition transcript (Exhibit B), is GRANTED. The documents will be destroyed or returned to Defendants' counsel at the close of this case.

DATED: November 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE