UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>B. WILEY, et al.,<br><br>    Defendants. | No. 2:17-cv-0902 AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed September 26, 2019, the undersigned found that appointment of counsel was warranted, and the case was temporarily stayed in order to locate counsel and investigate the necessity of a guardian ad litem to represent plaintiff. ECF No. 42. A potential guardian ad litem was identified, and counsel was appointed for the limited purpose of representing plaintiff in any proceedings related to the appointment of a guardian ad litem and assisting plaintiff, or his guardian ad litem, with preparing for and participating in a settlement conference. ECF No. 43. The temporary stay was then extended to allow for the completion of a status conference related to the appointment of a guardian ad litem. Id. at 2. Counsel for plaintiff was directed to contact the potential guardian ad litem to determine whether the potential guardian ad litem was both willing and able to take on that role and to provide possible dates for the status conference. Id. Plaintiff's counsel has now provided the requested information, and a

1

status conference regarding appointment of a guardian ad litem to represent plaintiff will now be set.

Accordingly, IT IS HEREBY ORDERED that:

1. A status conference regarding the appointment of a guardian ad litem to represent plaintiff is set for January 15, 2020, at 10:30 a.m. in Courtroom 26 before Magistrate Judge Allison Claire.

2. The potential guardian ad litem may appear at the status conference by telephone and on the day of the hearing should call in five minutes prior to the start of the hearing. The potential guardian ad litem shall call 1-877-336-1839 and follow any prompts given. The access code is 2040217 and the security code is 4223. Any questions regarding the call-in procedure should be directed to the undersigned's courtroom deputy, Valerie Callen, at 916-930-4199.

DATED: January 13, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE