UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERFLINGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. WILEY, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0902 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner. Recently, plaintiff's cellmate wrote the court two disturbing letters expressing concern about the care plaintiff is allegedly not receiving. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. The Clerk of the Court is directed to file the letters under seal, and to send copies of the letters to Monica Anderson, Supervising Deputy Attorney General, as well as to the special master in <u>Coleman v. Newsom</u>, 2:90-cv-0520 KJM DB P (E.D. Cal.); and

　　2. The undersigned requests that Ms. Anderson or someone from her office look into the care being given to plaintiff, and to inform the court within fourteen days as to plaintiff's care and condition.

Dated: March 18, 2020

/terf0702.fb

　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE