IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Terflinger

          Plaintiff(s)

vs.

Wiley et al

          Defendants.

No. 2:17-cv-00902 AC P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Lori Rifkin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on October 17, 2019, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> In-person meeting with potential Guardian ad Litem identified by Court (flight, rental car, parking, and meals for travel to Federal Courthouse in Riverside, CA to meet potential GAL); mileage to/from any necessary EDCA court/settlement appearances

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 500.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:17-cv-00902 AC P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 184.96 | Flight to/from OAK-ONT for meeting w GAL | 184.96 |
| 64.79 | Rental car for meeting w GAL | 64.79 |
| 28 | Parking for travel to/from meeting with GAL | 28 |
| 11.01 | food for travel to/from meeting with GAL | 11.01 |
| 97.75 | mileage for travel to/from 1/15/20 GAL hearing (170 miles @ .575/mile) | 97.75 |
| 6 | parking for 1/15/20 GAL hearing | 6 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of March, 20 20, at Oakland, California.

*[signature]*

Attorney for Plaintiff(s)

The above expenditure is __xx__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____; ___.M. in Courtroom Number_____ .

Dated: March 18, 2020

*[signature]* Allison Claire

United States District Judge/Magistrate Judge